# EXHIBIT C

USPS TRACKING # G-10 RDDC 3023



9590 9402 9337 5002 1871 57

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP

ATTN: Cvil Fines
500 12th St SW.
MailStop 5202, RM 11078
Washington, D.C. 20536





FC 3007066796

DHS CRDS
JUN 6 '25 PM 1:01

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATL
A 246 660 302
Delivered 03 June 2025



9590 9402 9337 5002 1871 57

2. Article Number *(Transfer from service label)*

9589 0710 5270 3112 3215 65

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

DFU # 901
CBDS SCREENING
Ordinary Insurance

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

JUN 09 A.M.

Notice of Mail
and Parcel Inspection

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt