# EXHIBIT D

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 95890710527031112321565

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:40 pm on June 3, 2025 in NORCROSS, GA 30093.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

NORCROSS, GA 30093
June 3, 2025, 2:40 pm

● **Arrived at USPS Regional Facility**

ATLANTA GA DISTRIBUTION CENTER
June 2, 2025, 5:33 am

● **In Transit to Next Facility**

June 1, 2025

● **Arrived at USPS Regional Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
May 31, 2025, 9:15 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates                                                ⌄

USPS Tracking Plus®                                                 ⌄

Product Information                                                 ⌄

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

| FAQs |
|---|