# EXHIBIT G

**Department of Homeland Security**
**U.S. Immigration & Customs Enforcement**
**Financial Service Center-Burlington**

## CERTIFICATE OF INDEBTEDNESS (COI)

I certify that the records of U.S. Immigration & Customs Enforcement (ICE) show that the debtor, **Santos Adalid Lopez Ramirez**, is indebted to the United States in the total amount of **$106,686.47**.

This debt arose from the debtor's failure to depart the United States in violation of a Final Order of Removal issued by an immigration judge on January 23, 2025. As a result of this violation, the debtor is subject to civil penalty of $998 per day under section 274D of the Immigration and Nationality Act, 8 U.S.C. § 1324d, and 8 C.F.R. § 280.53.

ICE prepared a Notice of Intention to Fine (NIF) on May 10, 2025. To calculate the principal fine amount, ICE multiplies $998 by the total number of days since the Final Order of Removal. At the time the NIF was prepared, 107 days had elapsed since the issuance of the debtor's Final Order of Removal. There was an error, and the fine was only based on 106 days. Proper calculation would have resulted in a principal fine amount of $106,786; however, since the calculation error did not prejudice the debtor, the error is immaterial.

ICE mailed the NIF to the debtor's last known address on or around May 31, 2025. Although the address listed on the NIF was 881 Legacy Wood Dr, Norcross, GA 30003, it was actually delivered to the correct address, **881 Legacy Woods Dr, Norcross, GA 30093-6408**. ICE mailed an invoice demanding payment to this same address on or around July 1, 2025.

No payment has been made to satisfy this debt, and government databases show no record of departure for this debtor.

Interest accrues on the debt at the annual rate of 5% starting on the invoice date. Penalty charges accrue at the annual rate of 6% starting 91 days from the invoice date. All charges are computed under 31 U.S.C. § 3717. The table below sets forth the total debt due as of September 1, 2025.

| | |
|---|---|
| Invoice No. | 26001754343 |
| Order Deadline to Depart | 1/23/2025 |
| Date NIF Prepared | 5/10/2025 |
| Days between Order and NIF | 107 |
| Daily Fine | $998 |
| Principal | $105,788.00 |
| Interest | $898.47 |
| **TOTAL** | **$106,686.47** |

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

September 10, 2025
Date

JOHN P MONETTE  Digitally signed by JOHN P MONETTE
Date: 2025.09.10 15:44:03 -04'00'

John Monette
Branch Chief
Revenue Management Branch