# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

SANTOS ADALID LOPEZ RAMIREZ,

    *Defendant.*

CIVIL ACTION NO.
1:25-cv-05190-WMR

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the United States of America ("United States") gives notice that the above-captioned action is voluntarily dismissed without prejudice. The Defendant has not been served with process in this case.

Respectfully submitted, this 22nd day of January, 2026.

THEODORE S. HERTZBERG
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA

/s/NEELI BEN-DAVID
ASSISTANT U.S. ATTORNEY
NORTHERN DISTRICT OF GEORGIA
Georgia Bar No. 049788
600 U.S. Courthouse
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303
Phone: (404) 581-6000
Neeli.ben-david@usdoj.gov